United States District Court
Southern District of Texas

**ENTERED**

December 15, 2015

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACEY HEGGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| TEXAS EAR, NOSE & THROAT | § | |
| CONSULTANTS, PLLC d/b/a | § | C.A. NO. 4:15-CV-02556 |
| CHILDREN'S ENT OF HOUSTON; | § | |
| JOSEPH L. EDMONDS, M.D., JAMES T. | § | |
| ALBRIGHT, M.D., AND NEWTON O. | § | |
| DUNCAN, M.D., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' *Stipulation of Dismissal with Prejudice*. The Court accepts the parties' representations that there is a bona fide dispute between the parties about the plaintiff's claims under the Fair Labor Standards Act (FLSA) and that the settlement amount adequately compensates the plaintiff for that claim.

IT IS THEREFORE ORDERED that all claims in dispute between Plaintiff Tracey Hegger and Defendants Texas Ear, Nose & Throat Consultants, PLLC d/b/a Children's ENT Of Houston, Joseph L. Edmonds, M.D., James T. Albright, M.D., and Newton O. Duncan, M.D. be dismissed with prejudice.  All attorneys' fees and costs will be borne as agreed by the parties.

SIGNED this ____day of _____, 2015.

_____
United States District Judge